Filing # 142893041 E-Filed 01/28/2022 04:19:05 PM

                                      IN THE CIRCUIT COURT OF THE
                                      THIRD JUDICIAL CIRCUIT IN AND
                                      FOR COLUMBIA COUNTY, FLORIDA.

ECHO J. POWERS, an individual,        CASE NO.: 22-30-CA

        Plaintiff,

vs.

MICHAEL WILLIAMS DAWSON,
an individual,

        Defendants.
_____/

## MOTOR VEHICLE NEGLIGENCE COMPLAINT

Plaintiff, ECHO J. POWERS, by and through the undersigned attorney, sues Defendant, MICHAEL WILLIAMS DAWSON, and alleges:

1. This is a cause of action for damages that exceed $30,000.00.

2. Plaintiff, ECHO J. POWERS, is a resident of Columbia County, Florida.

3. Defendant, MICHAEL WILLIAMS DAWSON, is a resident of Calhoun County, Michigan.

4. Defendant, MICHAEL WILLIAMS DAWSON, on or about March 5, 2018 owned a 2014 Chrysler Town and Country van.

5. On or about March 5, 2018, Defendant, MICHAEL WILLIAMS DAWSON, was the operator of said 2014 Chrysler Town and Country van on County Road 252B, in Columbia County, Florida.

6. At that time and place Defendant, MICHAEL WILLIAMS DAWSON, did negligently operate and/or negligently maintain said vehicle so that it collided with the vehicle of the Plaintiff, ECHO J. POWERS, causing Plaintiff to suffer serious

permanent injury.

7. As a direct and proximate result of the aforesaid negligence of Defendant, MICHAEL WILLIAMS DAWSON, Plaintiff, ECHO J. POWERS, suffered serious bodily injury and resulting pain and suffering, inconvenience, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earnings, loss of ability to earn money, and/or aggravation of a previously existing condition. These injuries are permanent and continuing within a reasonable degree of medical probability and Plaintiff, ECHO J. POWERS, will suffer said losses in the future.

WHEREFORE, Plaintiff, ECHO J. POWERS, sues Defendant, MICHAEL WILLIAMS DAWSON, for amounts in excess of $30,000.00 and demands a trial by jury of all issues so triable.

DATED this 28th day of January, 2022.

STEVEN A. BAGEN & ASSOCIATES, P.A.

_____
CHRISTOPHER R. CHENEVEY, ESQ FBN 0090536
KYLE J. BAGEN, ESQ. FBN 112827
CHRISTOPHER M. SPEZIOK, ESQ. FBN 1003695
NEAL J. GAMBLER II, ESQ. FBN 0592560
P. O. Box 5757
Gainesville, FL 32627
(352) 377-9000
Attorney for Plaintiff
litigationfiling@bagenlaw.com (e-filing only)