UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

ECHO J. POWERS, an individual,

    Plaintiff,

v.                                              Case No. 3:22-cv-315-BJD-JBT

MICHAEL WILLIAMS DAWSON,
an individual,

    Defendant.
_____/

## ORDER OF DISMISSAL

This matter is before the Court on the Notice of Voluntary Dismissal with Prejudice (Doc. 38), which the Court has construed as an unopposed motion to dismiss. In the Notice, Plaintiff dismisses the action raised against defendant Michael Williams Dawson with prejudice. See Notice at 1.

Accordingly, it is hereby

**ORDERED**:

1.     This case is **DISMISSED with prejudice.**

2.     Each party shall bear its own costs and fees.

3.     The Clerk of the Court is directed to terminate all pending motions and close the file.

- 2 -

**DONE** and **ORDERED** in Jacksonville, Florida this 22nd day of June, 2023.

_____
BRIAN J. DAVIS
United States District Judge

cs
Copies to:

Counsel of Record